# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

NANNETTE CHAPPELL,
    Plaintiff,

    vs                                              Civil Action No. 1:11cv489

PRUDENTIAL INSURANCE COMPANY
OF AMERICA, et al.
    Defendants.                         Magistrate Judge Stephanie K. Bowman

**ORDER**

The Court having been advised by the parties that the within action has been settled;

It is ORDERED that this action is hereby DISMISSED with prejudice and all calendar dates are VACATED, provided that any of the parties may, upon good cause shown within sixty (60) days, move to reopen the action if settlement is not consummated.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

IT IS SO ORDERED.

                                                 /s/ *Stephanie K. Bowman*
                                                 United States Magistrate Judge